# PARKER POHL LLP

99 Park Avenue
Suite 1510
New York, NY 10016

T 212-202-8886
F 646-924-3100
parkerpohl.com

David M. Pohl
david.pohl@parkerpohl.com

March 25, 2022

The Honorable Steven L. Tiscione
United States District Court, EDNY
100 Federal Plaza, Courtroom 910
P.O. Box 914
Central Islip, New York 11722

      Re:    *Ammann vs. Sharestates, Inc. and Allen Shayanfekr*, Case No. 21-cv-2766 (JS) (SLT)

Dear Judge Tiscione:

    We represent Plaintiff Steven Ammann. Defendants' counsel, Michael Munoz, is copied on this letter, and the request herein is made jointly on behalf of all parties.

    During the March 16, 2022 conference on Plaintiff's motion to compel, I raised the issue of whether the settlement conference scheduled for April 8, 2022 (currently in-person) could be held by remote means for Covid-related reasons, which I explained in more detail during the conference. Your Honor expressed willingness to accommodate this request, and suggested that counsel confer as to the means to be utilized and so advise the Court.

    The parties' jointly request that the April 8, 2022 settlement conference be held via Zoom.

                                     Respectfully submitted,

                                     David M. Pohl