**GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP**

Attorneys at Law | 711 Third Ave., New York, NY 10017-4014

T (212) 907-7300 | F (212) 754-0330 | www.golenbock.com

Direct Dial No.: (212) 907-7345
Direct Fax No.: (212) 754-0330
Email Address: mmunoz@golenbock.com

July 22, 2024

BY ELECTRONIC FILING

The Honorable Steven L. Tiscione
United States District Court, Eastern District of New York
100 Federal Plaza, Courtroom 910
Central Islip, New York 11722

    Re:    *Ammann vs. Sharestates, Inc. and Allen Shayanfekr*, Case No. 21-cv-2766 (JS) (SLT)

Dear Judge Tiscione:

    We represent the Defendants in the above-referenced matter. In response to Plaintiff's filing last night, we respectfully ask permission to respond to Plaintiff's letter of July 12, 2024, by no later than noon tomorrow, July 23. As the Court knows, this past Friday, July 19, we filed Defendants' opposition to Plaintiff's fee application. Beginning the same afternoon, my firm's document system was shut down until this morning to facilitate a firm-wide system upgrade. We will be in a position to respond to Plaintiff's July 12 letter by noon tomorrow.

    I thank the Court for its consideration of this request.

        Respectfully,

        Michael M. Munoz