UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

STEVEN AMMANN,

Plaintiff,

-against-

SHARESTATES, INC. and ALLEN SHAYANFEKR, in his capacity as Employer,

Defendants.

-------------------------------------------------------------X

No. 2:21-cv-02766 (SJB)(ST)

**JOINT STIPULATION AND [PROPOSED] ORDER OF PARTIAL DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between *pro se* plaintiff Steven Ammann ("Plaintiff") and the undersigned counsel for defendant Sharestates, Inc. ("Sharestates"), that pursuant to Rules 41(a)(2), 41(c) and 21 of the Federal Rules of Civil Procedure, and with leave of Court to the extent the Order of September 9, 2025 requires it:

1. Plaintiff's claims in this action against Sharestates are hereby dismissed with prejudice and without costs or fees to any party;

2. All of Sharestates' counterclaims in this action against Plaintiff are hereby dismissed with prejudice and without costs or fees to any party; and

3. Plaintiff's claims against Allen Shayanfekr are not affected by this Stipulation and Order and remain pending.

Dated: November 16, 2026

By: ______________________
Steven Ammann
*Plaintiff pro se*
11716 Fletcher Hall Lane
Austin, Texas 78717
(512) 571-3825
stevenammannlegal@gmail.com

WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP

By: ______________________
Greg S. Zucker, Esq.
*Attorneys for Defendant Sharestates, Inc.*
1201 RXR Plaza
Uniondale, New York 11556
Tel: 516.622.9200
gzucker@westermanllp.com

SO ORDERED.

Date: November 20, 2026
Central Islip, New York

*/s/ Sanket J. Bulsara* November 20, 2026
SANKET J. BULSARA
United States District Judge